UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PLATYPUS WEAR, INC. dba BAD BOY BRANDS,<br><br>Plaintiff(s),<br><br>v.<br><br>BB BUGGIES, INC.,<br><br>Defendant(s). | Case No. 2:14-CV-93 JCM (GWF)<br><br>ORDER |

Presently before the court is plaintiff Platypus Wear, Inc.'s motion to dismiss. (Doc. # 16). Defendant BB Buggies, Inc. filed a response (doc. # 20) and plaintiff filed a reply (doc. # 21).

On July 14, 2014, plaintiff filed a motion seeking to dismiss defendant's counterclaim for intentional interference with contractual relations. (Doc. # 16). On July 29, 2014, defendant filed an amended counterclaim that omitted that cause of action. (Doc. # 17).

An amended complaint supersedes the original pleading, making it "non-existent." *Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011). If a litigant files an amended pleading, then motions to dismiss the original complaint are mooted without prejudice. *Johnson v. Cheryl,* No. 2:11–cv–00291–JCM-CWH, 2013 WL 3943606, at \*2 (D. Nev. July 29, 2013). Therefore, plaintiff's motion to dismiss is now moot.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Platypus Wear, Inc.'s motion to dismiss (doc. #16) be, and the same hereby is, DENIED without prejudice as moot.

DATED September 11, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -