```
DICKINSON WRIGHT, PLLC
JOHN P. DESMOND
Nevada Bar No. 5618
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 West Liberty Street
Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131
Email: jdesmond@dickinsonwright.com
Email: jbustos@dickinsonwright.com
```

*Attorneys for Defendant*
*Textron Specialized Vehicles Inc.,*
*formerly known as BB Buggies Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PLATYPUS WEAR, INC., dba BAD BOY BRANDS, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BB BUGGIES INC., a Delaware corporation, now known as TEXTRON SPECIALIZED VEHICLES INC.,<br><br>Defendant. | CASE NO.  2:14-cv-00093-JCM-GWF |

### STIPULATION AND ORDER FOR DISCOVERY STAY AND TO EXTEND DISCOVERY DEADLINES
### (FIFTH REQUEST)

Plaintiff PLATYPUS WEAR, INC., by and through its attorneys, LEWIS ROCA ROTHGERBER LLP and Karen B. King, Esq., and Defendant TEXTRON SPECIALIZED VEHICLES INC., by and through its attorneys, DICKINSON WRIGHT, PLLC, hereby stipulate and agree to the following:

1. Since the March 20, 2015, Stipulation and Order (Dkt. No. 45) was entered by the Court, the parties have made substantial progress with respect to their ongoing discussions and negotiations of a potential amicable resolution of this action.

2. As anticipated in the March 20, 2015, Stipulation and Order (Dkt. No. 45), the parties met in San Francisco, California in April to participate in settlement negotiations. In addition, the parties have participated in a number of conference calls. As a result of these ongoing settlement discussions, the parties have circulated a draft settlement structure broadly outlining a potential structure for a settlement in this matter. Specifically, the resolution contemplates a royalty payment, an agreement regarding the ability to provide sponsorships to various sporting competitions, and how to structure worldwide trademarks. This potential resolution would allow the parties to amicably co-exist in the marketplace. As previously indicated, however, the issues involved in this case are complex, involving numerous trademarks that are used and licensed nationally and internationally, and a portion of the discussions towards resolution are confidential. At this time, the parties are continuing to negotiate the precise details of this settlement structure. However, the parties are optimistic that a settlement agreement can be reached within the next three months.

3. Given the substantial progress that has been made and likelihood that a settlement will be reached soon, the parties wish to continue the discovery stay for an additional three months, until September 30, 2015, and extend the current discovery scheduling accordingly to ensure that they have adequate time to complete discovery in the event this matter is not amicably resolved.

4. In order to accommodate continued settlement discussions, the parties stipulate and agree as follows:

    a. The discovery stay shall be extended through and including September 30, 2015; and

    b. Pursuant to this stipulation, discovery shall be extended ninety (90) days, from Wednesday, December 2, 2015, to Tuesday, March 1, 2015.  Pursuant to this stipulation, discovery shall proceed with the following deadlines:

        **Discovery Cut-Off Date** – March 1, 2016

        **Amending Pleadings and Adding Parties** – December 7, 2015

        **Initial Expert Reports** – January 4, 2016

    **Interim Status Report** – Janury 4, 2016

    **Rebuttal Expert Reports** – February 2, 2016

    **Dispositive Motions** – April 4, 2016

    **Joint Pretrial Order** – The Joint Pretrial Order shall be filed no later than May 3, 2016. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the Court.

   5. This stipulation is entered in good faith to allow the parties to continue negotiating a potential settlement and is not for the purpose of delay. In the event the Court wishes to hear from the parties, counsel would be happy to participate in a telephonic status conference to further discuss the status of settlement negotiations with the Court and answer any questions the Court may have.

| | |
|---|---|
| DATED:  June 29, 2015. | DATED:  June 29, 2015 |
| LEWIS ROCA ROTHGERBER LLP | DICKINSON WRIGHT, PLLC |
|     /s/ Jonathan Fountain |     /s/ Justin J. Bustos |
| Michael J. McCue (Nevada Bar No. 6055)<br>Jonathan W. Fountain (Nevada Bar No. 10351)<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, NV  89169-5996<br>Telephone:  (702) 949-8200<br>Facsimile:   (702) 949-8398<br><br>Karen B. King (Pro Hac Vice)<br>2411 Second Avenue<br>San Diego, CA  92101<br>Telephone:  (619) 525-2270<br>Facsimile:  (619) 525-2280<br><br>*Attorneys for Plaintiff*<br>*Platypus Wear, Inc. dba*<br>*Bad Boy Brands* | John P. Desmond (Nevada Bar No. 5618)<br>Justin J. Bustos (Nevada Bar No. 10320)<br>100 West Liberty Street, Suite 940<br>Reno, Nevada  89501<br>Telephone:    (775) 343-7500<br>Facsimile:     (775) 786-0131<br><br>*Attorneys for Defendant*<br>*Textron Specialized Vehicles Inc.,*<br>*formerly known as BB Buggies Inc.* |

///

///

**ORDER**

Pursuant to the foregoing Stipulation, IT IS SO ORDERED:

DATED this 30th day of June, 2015.

_____
U.S. MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of DICKINSON WRIGHT, PLLC, and that on this date, pursuant to FRCP 5(b), I am serving the attached **STIPULATION AND ORDER FOR DISCOVERY STAY AND TO EXTEND DISCOVERY DEADLINES (FIFTH REQUEST)** on the party set forth below by:

| | | |
|---|---|---|
| XXX | | Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, Reno, Nevada, postage prepaid, following ordinary business practices |
| | _____ | Certified Mail, Return Receipt Requested |
| | _____ | Via Facsimile (Fax) |
| | _____ | Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered |
| | _____ | Federal Express (or other overnight delivery) |

addressed as follows:

Michael J. McCue
Jonathan W. Fountain
Lewis Roca Rothgerber
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, NV  89169-5996

Karen B. King
2411 Second Avenue
San Diego, CA  92101

DATED this 29th day of June, 2015

       /s/ Cindy S. Grinstead
An Employee of DICKINSON WRIGHT, PLLC