DICKINSON WRIGHT, PLLC
JOHN P. DESMOND
Nevada Bar No. 5618
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131
Email: jdesmond@dickinsonwright.com
Email: jbustos@dickinsonwright.com

*Attorneys for Defendant*
*Textron Specialized Vehicles Inc.,*
*formerly known as BB Buggies Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PLATYPUS WEAR, INC., dba BAD BOY BRANDS, a Nevada corporation<br><br>Plaintiff,<br><br>vs.<br><br>BB BUGGIES INC., a Delaware corporation, now known as TEXTRON SPECIALIZED VEHICLES INC.,<br><br>Defendant. | **CASE NO. 2:14-cv-00093-JCM-GWF** |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff PLATYPUS WEAR, INC. dba BAD BOY BRANDS and Defendant BB BUGGIES INC. *nka* TEXTRON SPECIALIZED VEHICLES INC, by and through their undersigned respective counsel of record, as follows:

1. The parties have entered into a Confidential Settlement and Trademark License Agreement.

2. In light of the settlement, the parties stipulate that all claims and counterclaims by and between all parties in this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The parties agree that each party shall bear its own

attorneys' fees and costs.

DATED this 21st day of June, 2016.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ Jonathan W. Fountain

Michael J. McCue (Nevada Bar No. 6055)
Email: MMcCue@lrrc.com
Jonathan W. Fountain (Nevada Bar No. 10351)
Email: JFountain@lrrc.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

Karen B. King (Pro Hac Vice)
2411 Second Avenue
San Diego, CA 92101
Telephone: (619) 525-2270
Facsimile: (619) 525-2280

*Attorneys for Plaintiff Platypus Wear, Inc. dba Bad Boy Brands*

DATED this 21st day of June, 2016.

DICKINSON WRIGHT, PLLC

/s/ Justin J. Bustos

John P. Desmond (Nevada Bar No. 5618)
Email: jdesmond@dickinsonwright.com
Justin J. Bustos (Nevada Bar No. 10320)
Email: jbustos@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501
Telephone: (775) 343-7500
Facsimile: (775) 786-0131

*Attorneys for Defendant Textron Specialized Vehicles Inc., formerly known as BB Buggies Inc.*

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the foregoing Stipulation, it is hereby ordered that this action be dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated June 22, 2016.

James C. Mahan

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of DICKINSON WRIGHT PLLC, and that on this date, pursuant to Fed. R. Civ. P. 5(b), I am serving the attached **STIPULATION FOR DISMISSAL WITH PREJUDICE** on the parties set forth below through the Court's CM/ECF system:

Michael J. McCue
Jonathan W. Fountain
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, NV 89169-5996

Karen B. King
2411 Second Avenue
San Diego, CA 92101

DATED this 21st day of June, 2016.

/s/ Cindy S. Grinstead
An Employee of DICKINSON WRIGHT, PLLC

RENO 65664-1 8655v1